

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISON

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO.: 3:24CR8-KHJ-LGI

LARRY ANTRON FRIDIE                          18 U.S.C. § 1791(a)(2)

**The Grand Jury Charges:**

That on or about May 24, 2023, in Yazoo County in the Northern Division of the Southern District of Mississippi, the defendant, **LARRY ANTRON FRIDIE**, an inmate at the Yazoo City Federal Correctional Complex, possessed a prohibited object, to wit: thirty-two individually wrapped packages of Methamphetamine, a Schedule II Controlled Substance.

In violation of Title 18, Section 1791(a)(2) and (b)(1) of the United States Code.

_____
TODD W. GEE
United States Attorney

A TRUE BILL:
s/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson to deputy foreperson of the Grand Jury on this the 9th day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE